JBC/JFS/ANL/lw

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KANWAL NADEEM, | ) |
| Plaintiff, | ) Case No. 19-CV-08253 |
| vs. | ) Honorable John Robert Blakey |
| VISCOSITY OIL COMPANY, | ) Magistrate Judge Honorable Jeffrey T. Gilbert |
| Defendant. | ) |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF
ATTORNEY JOSEPH F. SPITZZERI AS COUNSEL FOR DEFENDANT**

NOW COMES Defendant, VISCOSITY OIL COMPANY, (herein after "Defendant"), by and through its attorneys, Joseph F. Spitzzeri and Amber L. Lukowicz of JOHNSON & BELL, LTD., respectfully requests that this Court withdraw the appearance of Joseph F. Spitzzeri as counsel for Defendant, VISCOSITY OIL COMPANY. In support thereof, Defendant states as follows:

1. Attorney Joseph F. Spitzzeri previously filed an Appearance in this matter on behalf of Defendant while he was working as an attorney for the law firm of Johnson & Bell, Ltd.

2. Mr. Spitzzeri has moved to Senior Counsel status with Johnson and Bell, Ltd. and is no longer handling litigations matters, while remaining General Counsel of the firm.

3. Defendant has been and continues to be represented by Joseph F. Spitzzeri and Amber L. Lukowicz of Johnson & Bell, Ltd.

4. Mr. Spitzzeri is no longer a member of the Northern District's Federal Trial Bar.

WHEREFORE, Defendant, VISCOSITY OIL COMPANY, pray that this Court withdraw the appearance of Joseph F. Spitzzeri as counsel for Defendant in this matter and further remove him from receiving CM/ECF notifications, and for any further relief this Court deems appropriate.

Dated: December 15, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOHNSON & BELL, LTD.


　　　　　　　　　　　　　　　　　　/s/Joseph F. Spitzzeri_____


Joseph F. Spitzzeri-ARDC#6184520
Amber N. Lukowicz ARDC# 6324266
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
Phone: (312) 372 0770
Fax: (312) 372-9818
spitzzerij@jbltd.com
lukowicza@jbltd.com

## CERTIFICATE OF SERVICE

The undersigned, on oath, states that he served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel, on December 15, 2020.

　　　　　　　　　　　　　　　　　　/s/Joseph F. Spitzzeri